IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

IN RE:

RODNEY LEE LAMBIRTH § CASE NO. 16-70194
§ CHAPTER 13

Debtors. §

## MOTION BY DEBTOR TO
## CONVERT CHAPTER 7 CASE TO CHAPTER 13

NOW comes **RODNEY LEE LAMBIRTH** ("Debtor"), and file this their *Motion by Debtors to Convert their Chapter 7 Case to Chapter13* and would show:

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

1. This Court has jurisdiction of this matter under 28 U.S.C. §§ 1334 and 157, and venue under 11 U.S.C. §§ 1408 and 1409. This Motion is brought pursuant to 11 U.S.C. § 706(a), Federal Bankruptcy Rule 1017(f)(2), and Local Bankruptcy Rule 1017(a).

2. Debtors hereby give notice of and move to convert their bankruptcy case from Chapter 7 to Chapter 13 under 11 U.S.C. §706(a), and file this Motion for approval thereof by the Court under Local Rule 1017(a) and 9014(a).

WHEREFORE, Debtors pray that this Court approve the conversion of their Chapter 7 case to one under Chapter 13 of the U.S. Bankruptcy Code, and for such other and further relief to which they may be entitled.

DATED: **March 22, 2017**

Respectfully submitted,

Alvaro Martinez, Jr.
Attorney at Law
1703 N. Big Spring
Midland, Texas 79701
432.570.0056 | 432.570.0060

/s/Alvaro Martinez, Jr.             .
Alvaro Martinez, Jr.
State Bar No. 24032576
ATTORNEY FOR DEBTORS

# CERTIFICATE OF SERVICE

On this day a true and correct copy of the above-entitled document was forwarded via electronic means as listed on the Court's ECF noticing system or by United States First Class Mail, postage paid to the following:

Gary W Norwood, Esquire
Chapter 13 Trustee
PO Box 2331
Midland TX   79702-2331

U.S. Trustee
Western District of Texas
PO Box 1539
San Antonio TX 78295

Rodney Lee Lambirth
9018 W 57th
Odessa, TX 79764

J. Michael Cunningham
1209 W. Illinois
Midland, TX. 79702
Attorney for Joe Blanco
*Via fax 432.620.0849*

Dated: **March 22, 2017**

/s/Alvaro Martinez, Jr.             .
Alvaro Martinez, Jr.

| Debtor(s): **Rodney Lee Lambirth** | Case No: **16-70194**<br>Chapter: **7** | **WESTERN DISTRICT OF TEXAS**<br>**MIDLAND DIVISION** |
|---|---|---|
| About Cash<br>5155 E 42nd St<br>Odessa, TX 79762 | Financial Management & Associat<br>Po Box 181024<br>Arlington TX 76010-8536 | Office of the Texas Attorney Ge<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Aim Bank<br>3200 Andrews Highway<br>Midland, TX 79701 | Financial Pacific Leasing<br>3455 S. 344th<br>Auburn, WA 98001 | State Comptroller of Public Acc<br>Revenue Acct Div/Bankruptcy<br>P.O.Box 13528<br>Austin, TX 78711 |
| Any Creditor With Arbitration A | Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19114 | Stearns Bank<br>Po Box 750<br>Albany, MN 56307 |
| Attorney General of the U.S.<br>Main Justice Bldg, Room 5111<br>10th & Constitution Ave, N.W.<br>Washington, DC 20530 | J.T. Morgan<br>PO Box 1311<br>Odessa, TX 79760 | Texas Employment Commission<br>TEC Building-Bankruptcy<br>101 East 15th. Street<br>Austin, Texas 78778 |
| Barclay Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899 | Just Energy<br>Po Box 460008<br>Houston, TX 77056 | TransUnion<br>Attn: Dispute Resolution Depart<br>PO Box 2000<br>Chester, PA 19022-2000 |
| Buckley Madole, PC<br>9441 LBJ Freeway, Suite 250<br>Dallas, TX 75243 | Kelly, Morgan, Dennis,<br>Corzine & Hansen, P.C.<br>P.O. Box 1311<br>Odessa, TX 79760 | Tri St. Adjt<br>3439 E Ave So<br>La Crosse, WI 54602 |
| Cach LLC<br>Po Box 5980<br>Denver, CO 80202 | Law office of Bill Alexander<br>Po Box 4515<br>Odessa, TX 79760 | TXU Energy<br>200 W John carpenter<br>Irving, TX 75039 |
| Davis Gerald Cremer, PC<br>400 West Illinois Avenue, Suite<br>Midland, TX 79701-4310 | Linebarger Goggan<br>Blair & Sampson LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | US Bank Home Mortgage<br>4801 Frederica St<br>Owensboro, KY 42301 |
| Equifax<br>Attn: Dispute Resolution Depart<br>P.O. Box 105873<br>Atlanta, GA 30348 | Michael Cunningham<br>Attn: Joe Blanco<br>1209 W. Illinois<br>Midland, Texas 79701 | |
| Experian<br>Attn: Legal Department<br>PO Box 1240<br>Allen, TX 75013 | Nancy Ratchford, Asst US Truste<br>PO Box 1539<br>San Antonio, Texas 78295 | |