**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 18, 2017.**



_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RODNEY LEE LAMBIRTH | § | CASE NO. 16-70194 |
| | § | CHAPTER 13 |
| | § | |
| Debtors | § | |

### ORDER APPROVING CONVERSION OF CHAPTER 7 CASE
### TO CHAPTER 13 CASE BY DEBTORS
### AND SETTING FORTH TERMS THEREOF

On this day came on to be heard the Motion by Debtors to Convert their Chapter 7 Case to Chapter 13, and it appearing that Debtors have given a notice of conversion of the Chapter 7 case to a Chapter 13 case under 11 U.S.C. § 706(a), and that such conversion should be approved by the Court on the following terms;

It is ORDERED:

1. That Debtors' conversion of this Chapter 7 case to a Chapter 13 case is hereby approved by the Court.

2. The Chapter 7 Trustee forthwith shall turn over to the Chapter 13 Trustee all

records and property of the estate remaining in the Chapter 7 Trustee's custody and control if applicable.

3. Debtor shall, within fourteen days of the effective date of conversion, file a new mailing list, new inventories, schedules, statements, and plan, as may be applicable, or amend such items to include any interest in property acquired since the entry of the Order for Relief in Chapter 7. The amendments shall also account for any material additions, deletions or other changes in the nature of assets or liabilities, and add to the mailing list any post-petition, pre-conversion creditors. If no amendments are necessary, Debtor shall file a certificate to that effect within the fourteen-day period.

### #

This *Order* was prepared and submitted by:
*Alvaro Martinez, Jr.*
1607 N. Big Spring
Midland, TX 79701
432.789.1044 | 432.789.1041 fax
*Attorney for Debtor*